**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE WELLES, | |
| Plaintiff, | Civil No. 03-05314 DDP (JTLx) |
| vs. | [~~PROPOSED~~] JUDGMENT |
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, | F.R.Cv.P. 58 |
| Defendant. | |

Page 1
Judgment

The cross-motions of the parties for summary judgment came on regularly for hearing on February 23, 2004, Steven Ames Brown appearing for plaintiff and David W. Quinto appearing for the defendant.

After considering the moving and opposing papers and the argument of counsel and for good cause:

IT IS HEREBY ORDERED THAT:

1. The Court declares that the defendant does not have a right of first refusal in plaintiff's original Oscar statuette awarded to Orson Welles for *Citizen Kane* and plaintiff has unrestricted property rights in the original Oscar, which she may dispose of however she sees fit.

2. Plaintiff shall take judgment on her claim for declaratory relief;

3. Plaintiff shall not take judgment on her claim for rescission;

4. Plaintiff shall take judgment on the defendant's counterclaims;

5. Defendant shall take nothing on its counterclaims.

6. Plaintiff shall recover costs herein.

Dated: 3-25-04

_____
United States District Judge

1     I am a citizen of the United States, over the age of eighteen and not a party to the within

2 action. On this date I personally served a true copy of:

3     [PROPOSED] JUDGMENT

4 on all other parties to this action by enclosing a true copy thereof in a sealed envelope with first

5 class postage thereon fully prepaid in a mailbox maintained by the United States Postal Service,

6 located in San Francisco, addressed as follows:

7 **DAVID W. QUINTO**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
8 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

10     Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing

11 is true and correct.

12     Dated: March 16, 2004

